**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

**PETER J. KAROLYI,**

        **Plaintiff,**

-vs-                                        Case No. 08-CV-10828
                                              HON. Patrick J. Duggan

**ZWICKER & ASSOCIATES, P.C.,**

        **Defendant.**

_____/

| | |
|---|---|
| LAW OFFICES OF BRIAN P. PARKER, P.C. | ZWICKER & ASSOCIATES, P.C. |
| BRIAN P. PARKER (P 48617) | SHANNON PAWLEY (P 55163) |
| Attorney for Plaintiff | Attorney for Defendant |
| 30700 Telegraph Rd., Suite 1580 | 320 East Big Beaver Road |
| Bingham Farms, MI 48025 | Troy, MI 48083 |
| (248) 642-6268 | (248) 743-0882 ext. 23 |
| (248) 642-8875 (FAX) | (248) 743-0887 (FAX) |
| lemonlaw@ameritech.net | |
| WWW.COLLECTIONSTOPPER.COM | |

_____/

## STIPULATION AND ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

### STIPULATION

      IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that the above-captioned case be dismissed with prejudice and without costs, resolving the last pending claim and closing the case.

| | |
|---|---|
| BRIAN P. PARKER, P.C. | ZWICKER & ASSOCIATES, P.C. |
| | |
|   s/Brian P. Parker |   s/Shannon Pawley (w/consent) |
| BRIAN P. PARKER (P48617) | SHANNON PAWLEY (P 55163) |
| Attorney for Plaintiff | Attorney for Defendant |
| 30700 Telegraph Rd., Ste. 1580 | 320 East Big Beaver Road |
| Bingham Farms, MI 48025 | Troy, MI 48083 |
| (248) 642-6268 | (248) 743-0882 ext. 23 |
| lemonlaw@ameritech.net | spawley@zwickerpc.com |

# ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

At a session of said Court held in the City of Detroit, County of Wayne, State of Michigan, on July 29, 2008

PRESENT: HON. PATRICK J. DUGGAN
UNITED STATES DISTRICT COURT JUDGE

This matter having come before this Honorable Court pursuant to Stipulation hereto attached; and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the above-captioned case be dismissed with prejudice and without costs, resolving the last pending claim and closing the case.

                                              s/Patrick J. Duggan
                                              Patrick J. Duggan
                                              United States District Judge

Dated: July 29, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 29, 2008, by electronic and/or ordinary mail.

                                              s/Marilyn Orem
                                              Case Manager